SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
E-mail: dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
WALGREEN CO.

SETAREH LAW GROUP
Chaim Shaun Setareh (SBN 204514)
Email: shaun@setarehlaw.com
Tuvia Korobkin (SBN 268066)
Email: tuvia@setarehlaw.com
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:  (310) 888-7771
Facsimile:  (310) 888-0109

Attorneys for Plaintiff
DEBRA SHORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

(UNLIMITED JURISDICTION)

| | |
|---|---|
| DEBRA SHORT, on behalf of herself, all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation; WALGREEN NATIONAL CORPORATION, an Illinois corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-03747-JSC<br>Magistrate Judge Jacqueline Scott Corley<br><br>**NOTICE OF SETTLEMENT**<br><br>Date Action Filed:   August 18, 2014 |

1  Plaintiff Debra Short and defendant Walgreen Co. have reached a confidential settlement of Ms.
2  Short's claims.  Accordingly, the parties will not file a Joint Case Management Conference Statement
3  today, but will shortly file a Stipulation and Request for an Order Continuing the February 12, 2015
4  Case Management Conference for 45 days in order for the parties to complete a settlement agreement
5  and stipulation for dismissal.

7  DATED:  February 5, 2015            Respectfully submitted,
8                                       SEYFARTH SHAW LLP

10                                      By: */s/ Diana Tabacopoulos*
11                                          Diana Tabacopoulos
12                                      Attorneys for Defendant
                                        WALGREEN CO.

14  DATED:  February 5, 2015            Respectfully submitted,
15                                       SETAREH LAW GROUP

17                                      By: */s/ Chaim Shaun Setarch*
18                                          Chaim Shaun Setarch
19                                      Attorneys for Plaintiff
                                        DEBRA SHORT